UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEANGELO ANTHONY,

       Petitioner,                          Case No. 2:12-CV-251

v.                                                HON. ROBERT HOLMES BELL

ROBERT NAPEL,

       Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 10, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 12) recommending that Petitioner's writ of habeas corpus (ECF No. 1) be dismissed with prejudice. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 10, 2015, R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's writ of habeas corpus (ECF No. 1) is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that an appeal would not be taken in good faith.

A judgment will be entered that is consistent with this order.


Dated:  September 4, 2015 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE